UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NITEROI DAVIS, )<br>)<br>　　　　Petitioner, )<br>)<br>　　v. )<br>)<br>MICHAEL MUKASEY, *et al.*, )<br>)<br>　　　　Respondents. )<br>) | Civil Action No. 07-2265 (PLF) |

ORDER

Upon consideration of petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2243 it is hereby

ORDERED that the Office of the United States Attorney for the District of Columbia is directed to file a response to the petition by January 14, 2008.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　United States District Judge

DATE: December 21, 2007