UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NITEROI DAVIS,<br>   Petitioner<br><br>  v.<br><br>U.S. ATTORNEY GENERAL, et al.,<br>   Respondents | Case: 07-2265 (PLF) |

### U.S. ATTORNEY GENERAL'S MOTION TO TRANSFER PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

The U.S. Attorney General, in his official capacity, by and through his attorney, the United States Attorney for the District of Columbia, respectfully moves to transfer petitioner's *pro se* petition for a writ of habeas corpus to the U.S. District Court for the Eastern District of Texas. Petitioner (at 7) asks the Court for an order requiring the federal Bureau of Prisons to deem petitioner eligible for a reduction of his period of custody upon his successful completion of a BOP residential drug abuse treatment program ("RDAP"). Because this Court lacks personal jurisdiction over the warden of the Federal Correctional Institution ("FCI") Beaumont Low, in Beaumont, Texas, where petitioner is incarcerated (Attachment hereto), his petition should be transferred to the United States District Court for the Eastern District of Texas.

Procedural Background

Petitioner represents that on October 18, 2006, he was sentenced to 46 months in prison upon his conviction for the offense of possession of a firearm by a felon in Case No. A-06-CR-124(1)-LY (W.D. Tex.). On December 18, 2007, petitioner filed the instant petition.

ARGUMENT

This Case Should Be Transferred Because This Court Has No Personal Jurisdiction Over Petitioner's Custodian.

Courts considering a habeas petition must have personal jurisdiction over the "person having custody of the person detained." 28 U.S.C. § 2243. See Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004) (prisoner's custodian is the only proper respondent in a habeas matter); Glascoe v. U.S. Parole Comm'n, 2004 WL 2857284, at *1 (D.C. Cir. Dec. 13, 2004) (court lacking jurisdiction over petitioner's custodian not proper forum for habeas petition). Accordingly, the Court should transfer this case to the U.S. District Court for the Eastern District of Texas, where petitioner's custodian resides. Stokes v. U.S. Parole Comm'n, 374 F.3d 1235, 1239 (D.C. Cir. 2004) (warden of correctional facility where petitioner resides is custodian for purposes of habeas jurisdiction); In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) ("habeas petition may be adjudicated only in the district in which [petitioner's] immediate custodian, his warden, is located"); Chatman-Bey v. Thornburgh, 864 F.2d 804, 810 (D.C. Cir. 1988) ("well settled that the appropriate respondent in a habeas action is the custodian of the prisoner"); Guerra v. Meese, 786 F.2d 414, 415 (D.C. Cir. 1986) (§ 2241 requires personal jurisdiction over custodian); Outlaw v. Hawk-Sawyer, 321 F. Supp. 2d 96, 98 (D.D.C. 2004) (ordering transfer of habeas case).

Finally, the Court should notify petitioner of its intention to transfer this case to the forum in which he resides, the U.S. District Court for the Eastern District of Texas. Chatman-Bey, 864 F. 2d at 814 (authorizing district courts to "transfer [habeas] cases *sua sponte*, after the habeas petitioner has been afforded notice and an opportunity to respond").

**CONCLUSION**

For the stated reasons, petitioner's petition should be transferred to the United States District Court for the Eastern District of Texas, after giving petitioner notice of the prospective transfer and an opportunity to respond. A proposed order is attached.

          Respectfully submitted,

          _____
          JEFFREY TAYLOR, D.C. Bar No. 498-610
          United States Attorney

          _____
          ROBERT D. OKUN, D.C. Bar No. 457-078
          Chief, Special Proceedings Division

          /s/ Thomas S. Rees
          THOMAS S. REES, D.C. Bar No. 358-962
          Assistant United States Attorney
          555 4th Street, N.W., Room 10-911
          Washington, D.C. 20530
          202-305-4882

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the instant motion has been electronically filed with the Court and caused to be served by first class U.S. Mail, postage prepaid, upon petitioner Niteroi Davis, Registration No. 57949-180, FCI Beaumont Low, Federal Correctional Institution, P.O. Box 26020, Beaumont, TX 77720 on this 14th day of January, 2008.  An additional service copy has also been sent this same date via first class mail postage prepaid, to the address petitioner sets forth in his petition:  Niteroi Davis, Fed. Reg. 57949-180, Federal Correctional Institution, Mt. Pleasant, TX 75455.

                /s/   Thomas S. Rees
                Thomas S. Rees
                Assistant United States Attorney

ATTACHMENT

Davis v. U.S. Attorney General, et al., No. 07-2265 (PLF)




↳ Return to Website
Printer Friendly Page
Click to print

# Inmate Locator

**Locate a Federal Inmate**
(includes all inmates from 1982 to present)

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|
| 1. NITEROI DAVIS | 57949-180 | 28 | Black | M | 08-17-2009 | BEAUMONT LOW FCI |

**ID Search Criteria:** Inmate Register Number 57949-180

New Search | FAQs | Privacy                    Results 1 - 1 of 1

---

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information

Accessibility | Browser Requirements | Disclaimer | Privacy Policy | Search | Site Map

Case 1:07-cv-02265-PLF     Document 3-2     Filed 01/14/2008     Page 3 of 3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NITEROI DAVIS,<br>　　　　Petitioner<br><br>　　v.<br><br>U.S. ATTORNEY GENERAL, et al.,<br>　　　　Respondents | )<br>)<br>)　　Case: 07-2265 (PLF)<br>)<br>)<br>)<br>)<br>) |

## **Order**

Upon consideration of the U.S. Attorney General's Motion to Transfer Petitioner's Petition to the U.S. District Court for the Eastern District of Texas, and it appearing to the Court that the petitioner's Petition should be transferred to the Eastern District of Texas, it is this _____ day of _____, 2008, hereby

**ORDERED** that the petitioner may respond to motion to transfer no later than _____. If Petitioner does not respond within that time, the Court will treat the matter as conceded, and transfer petitioner's Petition to the United States District Court for the Eastern District of Texas, the district in which petitioner is incarcerated.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

<u>Copies to</u>:

Niteroi Davis,
Registration No. 57949-180
FCI Beaumont Low
Federal Correctional Institution
P.O. Box 26020
Beaumont, TX 77020

Niteroi Davis
Registration No. 57949-180
Federal Correctional Institution
1708 Shadywood Lane
Mt. Pleasant, TX 75455

Thomas S. Rees
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W., Room 10-911
Washington, D.C. 20530