UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NITEROI DAVIS, )
    Petitioner )
)
v. ) Case: 07-2265 (PLF)
)
U.S. ATTORNEY GENERAL, et al., )
    Respondents )
_____)

### Order

Upon consideration of the U.S. Attorney General's Motion to Transfer Petitioner's Petition to the U.S. District Court for the Eastern District of Texas, and it appearing to the Court that the petitioner's Petition should be transferred to the Eastern District of Texas, it is this 16 day of January, 2008, hereby

**ORDERED** that the petitioner may respond to motion to transfer no later than February 1, 2008. If Petitioner does not respond within that time, the Court will treat the matter as conceded, and transfer petitioner's Petition to the United States District Court for the Eastern District of Texas, the district in which petitioner is incarcerated.

/s/ Paul L. Friedman
Paul L. Friedman
United States District Judge

Copies to:

Niteroi Davis,
Registration No. 57949-180
FCI Beaumont Low
Federal Correctional Institution
P.O. Box 26020
Beaumont, TX 77020

Niteroi Davis
Registration No. 57949-180
Federal Correctional Institution
1708 Shadywood Lane
Mt. Pleasant, TX 75455

Thomas S. Rees
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W., Room 10-911
Washington, D.C. 20530