Date 1/17/08

Dear District Clerk;

07-2265 PLF

To Whom It May Concern:

I, Niteroi Davis #57949-180, (Petitioner) I am currently incarcerated at the Federal Correctional Institution in Beaumont, Texas, have filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. In my Pro se application, petitioner challenged the Bureau of Prisons' (BOP) refusal to allow me a One Year Sentence Reduction under the provisions of 18 U.S.C. § 3621(e) 922(g) after successful completion of a Residential Drug Treatment Program.

I am writing in request of the judgement opinion and order concerning my petition writ for Habeas Corpus. Please, give me some sort of reply or response to this request of the judgement opinion and order concerning my petition writ for Habeas Corpus.

Thank you, for your patience and understanding.

Sincerely,
Niteroi Davis #57949-180