UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NITEROI DAVIS, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-2265 (PLF) |
| MICHAEL MUKASEY, *et al.*, | ) |
| Respondents. | ) |

ORDER

This matter is before the Court on the respondents' motion to transfer the petition for a writ of habeas corpus to the United States District Court for the Eastern District of Texas. The Court informed the petitioner that if he failed to oppose the motion in writing by February 1, 2008, the Court would treat the matter as conceded and transfer the petition. Petitioner has not filed a response. Accordingly, it is hereby

ORDERED that the respondents' motion to transfer the petition for a writ of habeas corpus to the United States District Court for the Eastern District of Texas [3] is GRANTED; it is

FURTHER ORDERED that this case shall be TRANSFERRED to the United States District Court for the Eastern District of Texas; it is

FURTHER ORDERED that the Clerk of the court shall transfer all papers in this proceeding, together with a certified copy of this Order, to the United States District Court for the Eastern District of Texas; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of this Court.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 19, 2008

Copies to:

Niteroi Davis,
Registration No. 57949-180
FCI Beaumont Low
Federal Correctional Institution
P.O. Box 26020
Beaumont, TX 77020

Niteroi Davis
Registration No. 57949-180
Federal Correctional Institution
1708 Shadywood Lane
Mt. Pleasant, TX 75455

Thomas S. Rees
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W., Room 10-911
Washington, D.C. 20530